IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

ELIZABETH DUFFY,                            )
                                            )
      Plaintiff,                        )
                                            )
      v.                                )     CV 126-104
                                            )
SHAHBUDDEEN A. ALLY; CHIDI A. EZE;          )
KEVIN MCCLANAHAN; MONIQUE                    )
HOLAMAN; CARMEN PACHECO; and                 )
WAVNY TOUSSAINT,                             )
                                            )
      Defendants.                       )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case for failure to state a claim upon which relief may be granted, and

**CLOSES** this civil action.

SO ORDERED this /3*th* day of July, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA